**GARRETT v. CONTRACT COMMISSIONING, Inc.**
No. 80-342-AP
Circuit Court, Eleventh Circuit, Appellate Division
September 14, 1981

Greenfield & Duval, for appellant.

Holland & Knight, for appellee.

Before JORGENSON, RIVKIND, GOLDMAN, JJ.

PER CURIAM

This is an appeal from a Final Judgment for Attorneys' Fees in the amount of $4,000. Appellant raises two basic points on appeal: Whether the lower Court had jurisdiction to fix an attorneys' fee in an amount greater than $1500, and was the amount of the fee reasonable.[1]

We find the first point to be wholly without merit. See Rule 7.010(b) *Summary Procedure Rules.*

We are more concerned with whether or not the amount of the awarded fee was in fact reasonable. The record reveals on the one hand, via affidavit, that a reasonable fee would be $5,000, whereas, on the other hand it reveals, via live testimony, that a reasonable fee would be $800.

The affidavit and the testimony vary so greatly in amount that they are difficult to resolve.

Therefore, based upon the principles stated in the *Code of Professional Responsibility,* DR 2-106 (B) and *Marchion Terrazzo, Inc. v. Altman,* 372 So.2d 512 (Fla. 3d DCA 1979), we hold that this case must be remanded back to the Trial Judge for purposes of a full evidentiary hearing on the issue of attorneys' fees.

---

[1]The amount of the award to the Appellee, plaintiff below, was $1,168.